tertained no doubt that the beneficial interest was now vested in the present lessors ; and that granting the motion would impose very great additional difficulty in making out the defence.

ALBANY,
October, 1824.

The People
v.
Richardson.

*H. A. Othout*, contra.

*Curia.* The motion must be granted. We will always allow an amendment, by adding new demises, where it appears that the lessors sought to be added have a subsisting legal title to the premises in question, on payment of costs.

Rule accordingly.

---

THE PEOPLE *against* RICHARDSON, Clerk of WAYNE county.

TALCOTT, (Attorney General) having obtained leave of the Court, at a former term, to file an information, in the nature of a *quo warranto*, against the defendant, to try his right to the Clerkship of the county of *Wayne*, and having filed such information, now moved for a rule that the defendant enter an appearance, and plead in 20 days after service of a copy of the information, and the rule to be made, or that the Attorney General have leave to enter an appearance for him, and take judgment by *nil dicit*.

*Curia.* This not coming within the rules which apply to ordinary cases, and warrant proceedings of course, we think a special application proper, and grant the rule as applied for.

On filing an information in nature of a *quo war anto*, the court granted a rule that defendant appear and plead in 20 days after serv ce of a copy of the information, and notice of the rule, or that the attorney general have leave to enter an appearance for him, and take judgment by *nihil dicit*.

Rule accordingly.